UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ALICIA ALEXANDER  
3460 GILMER AVE COURT APT 1  
MONTGOMERY, AL 36105

CASE NO: 15-32549-DHW

Soc. Sec. No. XXX-XX-5949  
Debtor.

## INCOME WITHHOLDING ORDER

TO: LOWES HOME CENTERS  
ATTN HRIS PAYROLL PRN2  
1605 CURTIS BRIDGE RD  
WILKESBORO, NC 28697

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that LOWES HOME CENTERS withhold from the wages, earnings, or other income of this debtor the sum of **$170.00 BI-WEEKLY** and remit all such funds withheld to:

**CURTIS C REDING, CHAPTER 13 TRUSTEE**  
**15-32549-DHW ALICIA ALEXANDER**  
**P O BOX 613108**  
**MEMPHIS TN 38101-3108**

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Friday, July 22, 2016.

cc: Debtor  
    Debtor's Attorney

*/ s / Dwight H. Williams Jr.*  
Dwight H. Williams Jr.  
United States Bankruptcy Judge