UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In Re:                                                      Case No.15-32549-DHW
ALICIA ALEXANDER                            Chapter 13
3460 GILMER AVE COURT APT 1
MONTGOMERY, AL 36105

Debtor
SSN: XXX-XX-5949

## Order Releasing Wages

The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

         ADDUS HEALTHCARE
         2300 WARRENVILLE RD
         DOWNERS GROVE, IL  60515

The above employer is authorized to pay all future wages to the debtor.

Done this Friday, July 22, 2016.

                                                         */s/ Dwight H. Williams Jr.*
                                                         Dwight H. Williams Jr.
                                                         United States Bankruptcy Judge

CC:   ALICIA ALEXANDER

ADDUS HEALTHCARE
2300 WARRENVILLE RD
DOWNERS GROVE, IL  60515

In Re:                                                              Case No.15-32549-DHW
ALICIA ALEXANDER                                           Chapter 13
3460 GILMER AVE COURT APT 1
MONTGOMERY, AL 36105

Debtor
SSN: XXX-XX-5949

## Order Releasing Wages

    The Income Withholding Order previously issued by the Court to the following employer is hereby RELEASED:

                      ADDUS HEALTHCARE
                      2300 WARRENVILLE RD
                      DOWNERS GROVE, IL  60515

The above employer is authorized to pay all future wages to the debtor.

Done this Friday, July 22, 2016.

                                                             */s/ Dwight H. Williams Jr.*
                                                             Dwight H. Williams Jr.
                                                             United States Bankruptcy Judge

cc:  ADDUS HEALTHCARE

ALICIA ALEXANDER
 3460 GILMER AVE COURT APT 1
 MONTGOMERY, AL 36105