IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                                                                         CASE NO. 15-32549-DHW
                                                                                                                                      CHAPTER 13

ALICIA ALEXANDER

**Debtor(s)**

## TRUSTEE'S STATUS REPORT IN SUPPORT
## OF TRUSTEE'S MOTION TO DISMISS

COMES NOW, the Trustee, and files the following report with respect to the status of this case in support of the Trustee's Motion to Dismiss:

1. This case was filed on September 11, 2015 and confirmed on November 30, 2015.
2. Debtor's current plan payments are $170.00 bi-weekly, and the overall pay record is 62.38% .
3. No prior motions to dismiss have been filed in this case.
4. No motions for relief have been filed in this case.
5. This is the only Motion to Dismiss filed in the past 12 months.
6. The last payments received by the Trustee from the debtor were received on:

| | | | | | |
|---|---|---|---|---|---|
| $85.00 | 10/27/2015 | $85.00 | 11/09/2015 | $85.00 | 11/13/2015 |
| $85.00 | 11/18/2015 | $85.00 | 11/25/2015 | $85.00 | 12/07/2015 |
| $85.00 | 12/08/2015 | $85.00 | 12/18/2015 | $85.00 | 12/23/2015 |
| $85.00 | 12/29/2015 | $85.00 | 01/05/2016 | $85.00 | 01/13/2016 |
| $85.00 | 01/25/2016 | $85.00 | 02/01/2016 | $85.00 | 02/08/2016 |
| $85.00 | 02/12/2016 | $85.00 | 02/23/2016 | $85.00 | 02/29/2016 |
| $85.00 | 03/04/2016 | $85.00 | 03/15/2016 | $43.87 | 03/16/2016 |
| $85.00 | 07/26/2016 | $170.00 | 08/12/2016 | $170.00 | 08/26/2016 |
| $170.00 | 09/12/2016 | $170.00 | 09/26/2016 | $170.00 | 10/07/2016 |
| $159.34 | 10/24/2016 | $170.00 | 11/07/2016 | $120.06 | 11/15/2016 |

7. The case is not feasible.
8. In order to remain feasible, plan payments need to be increased to .

Respectfully submitted on November 16, 2016.

Office of the Chapter 13 Trustee  
P.O. Box 173  
Montgomery, AL 36101-0173  
Phone: (334)262-8371  
Fax: (334)262-8599  
email: 13Trustee@ch13mdal.com

*/s/ Sabrina L. McKinney*

Sabrina L. McKinney  
Acting Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing document, has been served on the debtor(s) via United States Mail, postage prepaid, and the Debtor's attorney via CM/ECF on November 16, 2016.

*/s/ Sabrina L. McKinney*  
Sabrina L. McKinney  
Acting Chapter 13 Trustee