UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 15−32549
Chapter 13
Alicia Alexander,

    Debtor.

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on July 10, 2017 at 10:00 AM

to consider and act upon the following:

*40* − Trustee's Motion to Dismiss Case for Failure to Make Plan Payments . Responses due by 06/26/2017. (McKinney, Sabrina)

*41* − Objection to Trustee's Motion To Dismiss Case filed by Richard D. Shinbaum on behalf of Alicia Alexander (RE: related document(s)40 Trustee's Motion to Dismiss Case). (Shinbaum, Richard)

Dated June 27, 2017

Juan−Carlos Guerrero
Clerk of Court

United States Bankruptcy Court
Middle District of Alabama

In re:  
Alicia Alexander  
    Debtor

Case No. 15-32549-DHW  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1127-2    User: jmclain    Page 1 of 1    Date Rcvd: Jun 27, 2017  
                 Form ID: ntchrgBK    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2017.  
db          Alicia Alexander,    3460 Gilmer Ave Court Apt 1,    Montgomery, AL    36105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2017 at the address(es) listed below:  
            Bankruptcy Administrator    ba@almb.uscourts.gov  
            Leonard N. Math    on behalf of Creditor    PROFESSIONAL FINANCIAL SERVICES OF ALABAMA LLC. DBA PROFESSIONAL FINANCIAL SERVICES noticesmd@chambless-math.com  
            Richard D. Shinbaum    on behalf of Debtor Alicia Alexander rshinbaum@smclegal.com, scarter@smclegal.com;cthornton@smclegal.com  
            Sabrina L. McKinney    trustees_office@ch13mdal.com  
                                                                                                                                TOTAL: 4